IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Pedro Delgado and Fidel Garcia, on behalf of themselves and all other similarly situated persons, known and unknown, Plaintiffs, v. Berwyn Fruit Market, Inc., and Tom Koulouris, Defendants. | Case No. 1:17-cv-3064 Hon. Judge Pallmeyer Hon. Magistrate Judge Rowland |

### MOTION FOR COURT APPROVAL OF SETTLEMENT AND DISMISSAL OF PLAINTIFFS' CLAIMS

NOW COME the Plaintiffs through counsel, and move the Court to approve the settlement entered between Defendants and Plaintiffs submitted to the Court for *in camera* inspection. In support of the motion, the Plaintiffs state:

1. On April 24, 2017, Plaintiffs filed a Complaint in the United States District Court for the Northern District of Illinois, Eastern Division (the "Court") against Defendants alleging violations of the Fair Labor Standards Act ("FLSA"), the Illinois Minimum Wage Law ("IMWL"), and Illinois Wage Payment and Collection Act, 820 ILCS § 115/1 *et seq*.

2. Following negotiations, the parties have reached a mutually satisfactory settlement.

3. When an employee asserts a claim against his employer or former employer for wages under the FLSA or IMWL, any settlement of that claim requires a court to review the settlement for fairness. *Walton v. United Consumers Club, Inc.*, 786 F.2d 303, 306 (7th Cir. 1986) (FLSA); *Lewis v. Giordano's Enters., Inc.*, 921 N.E.2d 740, 751 (1st Dist. 2009) (IMWL).

4. The Parties request the Court approve the Agreement because it is a fair and reasonable resolution of bona fide disputes between them.

5. Upon approval of the Agreement, the Parties further request the dismissal of Plaintiffs' claims without prejudice, to automatically convert to a dismissal with prejudice thirty (30)

days after court approval of the Agreement unless any motion to reinstate is filed, and with each party to bear its own attorneys' fees and costs except as otherwise agreed.

WHEREFORE, for the foregoing reasons, Plaintiffs and Defendants respectfully request that this Court enter an Order approving the Agreement as a fair and reasonable resolution of bona fide disputes between Plaintiff and Defendants, and dismiss Plaintiffs' claims without prejudice, to automatically convert to a dismissal with prejudice thirty (30) days after court approval of the Agreement unless any motion to reinstate is filed, and with each party to bear its own attorneys' fees and costs except as otherwise agreed.

Respectfully submitted on Tuesday, December 12, 2017.

**s/ Valentin T. Narvaez**
Plaintiff's counsel
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646
Direct: 312-878-1302
vnarvaez@yourclg.com