UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Pedro Delgado, et al.
                              Plaintiff,

v.                                              Case No.: 1:17−cv−03064
                                                Honorable Rebecca R. Pallmeyer

Berwyn Fruit Market, Inc., et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 18, 2017:

  MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing held on 12/18/2017. Motion for court approval of settlement and dismissal of Plaintiffs' claims [32] is granted. Plaintiffs' claims are dismissed without prejudice, to automatically convert to a dismissal with prejudice within thirty (30) days. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.